

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-20-00081-CV

**IN THE INTEREST OF E.C.G., J.C.G., J.J.G., J.A.G., J.Z.G., AND E.R.G.,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01841
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

    Appellant's first motion for an extension of time to file the appellant's brief is granted. We order appellant's counsel, John F. Davis, to file the appellant's brief by March 30, 2020

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court